UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

QXMÉDICAL, LLC,

    Plaintiff,

v.

VASCULAR SOLUTIONS, LLC; ARROW
INTERNATIONAL LLC; TELEFLEX LIFE
SCIENCES LLC; and TELEFLEX LLC,

    Defendants.

Case No. 17-CV-1969 (PJS/TNL)

ORDER

For the reasons stated in an order docketed this day in *Vascular Solutions LLC v. Medtronic, Inc.*, No. 19-CV-1760 (PJS/TNL), a copy of which is appended to this order, the undersigned recuses from this case.

Dated: October 24, 2024

    s/Patrick J. Schiltz
    Patrick J. Schiltz, Chief Judge
    United States District Court