# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| QXMedical LLC, | Civ. No. 17-1969 (JWB/TNL) |
| Plaintiffs, | |
| v. | |
| Vascular Solutions, LLC et al, | **ORDER OF RECUSAL** |
| Defendants. | |

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses in this matter.

Date: October 29, 2024

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge